UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EMMANUEL PARDILLA,

                                                 1:13-cv-7027 (AT)

               Plaintiff,

  -against-                                   NOTICE OF APPEARANCE

THE CITY OF NEW YORK, ET AL.,

               Defendants.
---------------------------------------------------------X

       PLEASE TAKE NOTICE that Ben Kuruvilla, Assistant Corporation Counsel with the office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as counsel for defendant THE CITY OF NEW YORK.  I am admitted to practice in this District.

DATED:      New York, New York
                 February 14, 2014

                                              Respectfully submitted,

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendant*
                                              THE CITY OF NEW YORK
                                              100 Church Street, Room 3-126
                                              New York, New York 10007
                                              (212) 356-3513
                                              (212) 788-9776 (fax)
                                              bkuruvil@law.nyc.gov

                                                _____/s/ Ben Kuruvilla_____
                                              By:  Ben Kuruvilla

To:     **By ECF**
        Carl Messineo, Esq.
        Jeffrey A. Rothman, Esq.
        Mara Verheyden-Hilliard, Esq.
        *Attorneys for Plaintiff*